

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

February 3, 2026

Name & Address

Gregg Roberts
43430 E. Florida Ave F-293
Hemet, CA 92544

Dear Sir or Madam:

Your complaint has been filed and assigned civil case number  5:26-cv-00400-CAS(DFM).

Upon the submission of your civil rights complaint, it was noted that the following discrepancy exists:

You did not pay the appropriate filing fee of $405.00, which includes an administrative fee of $55.00. Submit a cashier's check, certified bank check, business or corporate check, government-issued check, or money order drawn on a major American bank or the United States Postal Service payable to *Clerk, U.S. District Court*. The Clerk's Office will also accept credit cards (Mastercard/Visa, Discover, American Express) for filing fees and miscellaneous fees. Credit card payments may be made at all payment windows where receipts are issued.

If you are unable to pay the entire filing fee at this time, you must sign and complete this Court's *Request to Proceed without Prepayment of Filing Fees with Declaration in Support* (Form CV-60) in its entirety. Enclosed you will find this Court's current *Request to Proceed without Prepayment of Filing Fees with Declaration in Support*. Correctly completed forms and/or payments may be returned to any of the following addresses:

| United States Courthouse | United States Courthouse | United States Courthouse |
|---|---|---|
| 255 East Temple Street, Suite TS-134 | 411 West Fourth St., Room 1053 | 3470 Twelfth St., Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

If you do not respond within THIRTY DAYS from the date of this letter, your case may be dismissed.

Sincerely,

Clerk, U. S. District Court

By: APEDRO
Deputy Clerk

*encls.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

_____
PLAINTIFF/PETITIONER

V.

_____
DEFENDANT/RESPONDENT

CASE NUMBER

_____

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**

I, _____ declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed?   ☐ Yes   ☐ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: _____
    _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    | | | |
    |---|---|---|
    | Public benefits? | ☐ Yes | ☐ No |
    | Business, profession or form of self-employment? | ☐ Yes | ☐ No |
    | Rent payments, interest or dividends? | ☐ Yes | ☐ No |
    | Pensions, annuities or life insurance payments? | ☐ Yes | ☐ No |
    | Gifts or inheritances? | ☐ Yes | ☐ No |
    | Any other income (other than listed above)? | ☐ Yes | ☐ No |
    | Loans? | ☐ Yes | ☐ No |
    | Any other income (other than listed above)? | ☐ Yes | ☐ No |

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____
    _____
    _____

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable)  ☐ Yes  ☐ No

   If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration. _____

   _____

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No

   If you answer is yes, describe the property and state its approximate value: _____

   _____

   _____

5. In what year did you last file an Income Tax Return? _____

   Approximately how much income did your last return reflect? _____

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

   _____

   _____

7. Estimate your average monthly expenses below:

| | | | |
|---|---|---|---|
| Housing | _____ | Credit Cards | _____ |
| Transportation | _____ | Child Care | _____ |
| Food | _____ | Insurance | _____ |
| Medical | _____ | Loans | _____ |
| Utilities | _____ | Other | _____ |

_____          _____
State                                    County (or City)

I, _____ declare under penalty of perjury that the foregoing is true and correct.  Executed on:

_____          _____
Date                                     Plaintiff (Signature)