UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

March 23, 2026

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

|  |  |
|---|---|
| In the Matter of the Creation of the Calendar of Magistrate Judge Diana M. Kwok | ORDER OF THE CHIEF MAGISTRATE JUDGE **26-050** |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Magistrate Judge Diana M. Kwok,

IT IS HEREBY ORDERED that the following cases are transferred from the calendar of Magistrate Judge Douglas F. McCormick to the calendar of Magistrate Judge Diana M. Kwok for all further proceedings:

| 2:26-cv-00143-DSF-DFM | Tyler Reed Cossey v. Raul Morales |
|---|---|
| 2:26-cv-00755-CAS-DFM | Umair Wasim v. U.S. Immigration and Customs Enforcement, et al. |
| 2:26-cv-01414-JGB-DFM | Armand Ramos v. Frank Bisignano |
| 5:26-cv-00400-CAS-DFM | Gregg Roberts v. David W. Slayton, et al. |

On all documents subsequently filed in the case, please substitute the Magistrate Judge initials (DMK) after the case number in place of the initials of the prior Magistrate Judge.

Dated: March 23, 2026

Karen L. Stevenson
Karen L. Stevenson
Chief Magistrate Judge