AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| Gregg Roberts | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  5:26-CV-00400-CAS-DMK |
| | ) | |
| David W. Slayton in his personal and official capacities, and other Defendants; see Attachment. | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_  David H. Yamasaki
700 Civic Center Drive West
Santa Ana CA 92701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Gregg Roberts
43430 E. Florida Ave. #F-293
Hemet CA 92544

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

_Valeri Velasco_

Date:    04/15/2026                          _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:26-CV-00400-CAS-DMK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

Print      Save As...      Reset

**MC-025**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Roberts v. Slayton et al. | 5:26-CV-00400-CAS-DMK |

**ATTACHMENT** *(Number):* <u>(Case Caption)</u>

*(This Attachment may be used with any Judicial Council form.)*

The list of defendants as shown in the case caption on the First Amended Complaint is too long to fit into the space for Defendants on the Summons. Accordingly, pursuant to FRCP 10, here is the COMPLETE list of defendants:

David W. Slayton, in his personal and official capacities; David H. Yamasaki, in his personal and official capacities; Sandra Pigati-Pazano, in her personal capacity; Timothy Ly in his personal capacity; and Jane Does 1-50 and John Does 1-50 in their personal capacities.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

**Page** <u>1</u> **of** <u>1</u>

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

*www.courtinfo.ca.gov*