UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.:   5:26-CV-00400-CAS-DMK          Date:   May 21, 2026

Title:   *Gregg Roberts v. David W. Slayton, et al.*

Present:      The Honorable   **DIANA M. KWOK, U.S. MAGISTRATE JUDGE**

| V. Velasco | N/A |
|---|---|
| Deputy Clerk | Court Recorder: N/A |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**        (In Chambers) **REQUEST FOR EXTENSION OF TIME TO SERVE FIRST AMENDED COMPLAINT**

The Court is in receipt of Plaintiff's request for an extension of time to serve the first amened complaint (ECF 10). Given Plaintiff's efforts in attempting to serve Defendants and the lack of prejudice to Defendants that would result from an extension, the Court finds good cause for allowing an extension of 60 days for Plaintiff to effectuate service. Accordingly, Plaintiff's request is **GRANTED**. Plaintiff shall serve the first amended complaint on or before **August 18, 2026**.

Plaintiff is cautioned, however, that further extensions will not be granted absent a demonstrated showing of good cause. Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

                                                                    _____ : _____

                                   Initials of Preparer   _____ vv