MATTHEW L. GREEN, Bar No. 227904
matthew.green@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway, Suite 1500
San Diego, California  92101
Telephone:   (619) 525-1300
Facsimile:    (619) 233-6118

Attorneys for Defendants
DAVID W. SLAYTON, Court Executive
Officer, Superior Court of California, County
of Los Angeles; SANDRA PIGATI-PAZANO,
Court Administrator, Superior Court of
California, County of Los Angeles; DAVID H.
YAMASAKI, Court Executive Officer,
Superior Court of California, County of
Orange; and TIMOTHY LY, Courtroom
Operations Supervisor, Superior Court of
California, County of Orange

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG ROBERTS,<br><br>            Plaintiff,<br><br>     v.<br><br>DAVID W. SLAYTON, et al.,<br><br>            Defendants. | Case No. 5:26-cv-00400-CAS-DMK<br>Judge: Hon. Diana M. Kwok<br><br>NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT<br><br>Date:           July 23, 2026<br>Time:          1:30 p.m.<br>Courtroom:   880, 8th Floor<br><br>Complaint Filed:   January 29, 2026 |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, SUITE 1500
SAN DIEGO, CALIFORNIA 92101

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, SUITE 1500
SAN DIEGO, CALIFORNIA 92101

TO PLAINTIFF GREGG ROBERTS:

PLEASE TAKE NOTICE that on July 23, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard in the above-entitled Court, located in Courtroom 880, 8th Floor of the Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California 90012, Defendants (1) David W. Slayton, Court Executive Officer, Superior Court of California, County of Los Angeles, (2) Sandra Pigati-Pazano, Court Administrator, Superior Court of California, County of Los Angeles, (3) David H. Yamasaki, Court Executive Officer, Superior Court of California, County of Orange, and (4) Timothy Ly, Court Operations Supervisor, Superior Court of California, County of Orange (collectively, "Defendants"), will move the Court to dismiss the First Amended Complaint ("FAC") filed by Plaintiff Gregg Roberts ("Plaintiff") with prejudice and without leave to amend under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). This motion will be made on the following grounds:

1. This Court lacks subject-matter jurisdiction under Rule 12(b)(1) over Plaintiff's official-capacity claims in the FAC because such claims are barred by the Eleventh Amendment.

2. The FAC fails to state a claim upon which relief can be granted under Rule 12(b)(6) against Defendants in their official capacities because none of them is a "person" within the meaning of § 1983.

3. The FAC fails to state a claim upon which relief can be granted under Rule 12(b)(6) against Defendants in their personal capacities because they are entitled to absolute quasi-judicial immunity.

4. The FAC fails to state a claim upon which relief can be granted under Rule 12(b)(6) against Defendants because injunctive relief is prohibited by § 1983 itself.

5. This Court lacks subject-matter jurisdiction under Rule 12(b)(1) over the bulk of Plaintiff's equitable relief claims because Plaintiff lacks standing.

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities served and filed herewith, and the pleadings and papers filed herein.

Dated:          June 22, 2026                    BEST BEST & KRIEGER LLP


By: /s/  Matthew L. Green
MATTHEW L. GREEN
Attorneys for Defendants
DAVID W. SLAYTON, Court
Executive Officer, Superior Court
of California, County of Los
Angeles; SANDRA PIGATI-
PAZANO, Court Administrator,
Superior Court of California,
County of Los Angeles; DAVID H.
YAMASAKI, Court Executive
Officer, Superior Court of
California, County of Orange; and
TIMOTHY LY, Courtroom
Operations Supervisor, Superior
Court of California, County of
Orange

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, SUITE 1500
SAN DIEGO, CALIFORNIA 92101

Gregg Roberts v. David W. Slayton, et al.
United States District Court, Central District of California,
Eastern Division, Case No. 5:26-cv-00400-CAS-DMK

### **PROOF OF SERVICE**

I, Lisa Atwood, declare:

I am a citizen of the United States and employed in San Diego County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 655 West Broadway, 15th Floor, San Diego, California  92101.  On June 22, 2026, I served a copy of the within document(s):

NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT;

DECLARATION OF MATTHEW L. GREEN PURSUANT TO L.R. 7-3;

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT

☒ **By Electronic Service**.  Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's EC/ECF system.

☒ **By U.S. Mail**.  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below. Placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

5:26-cv-00400-CAS-DMK

25508.00232\45095073.1

| Gregg Roberts<br>43430 E. Florida Ave., #F-293<br>Hemet, CA 92544 | PRO SE PLAINTIFF – VIA U.S. MAIL<br><br>Tel.: (951) 330-4450<br>Email: gregg@legalsupport-sc.com |
|---|---|

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 22, 2026, at San Diego, California.

/s/ Lisa Atwood
Lisa Atwood

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, 15TH FLOOR
SAN DIEGO, CALIFORNIA 92101

5:26-cv-00400-CAS-DMK

25508.00232\45095073.1