MATTHEW L. GREEN, Bar No. 227904
matthew.green@bbklaw.com
BEST BEST & KRIEGER LLP
655 West Broadway, Suite 1500
San Diego, California 92101
Telephone: (619) 525-1300
Facsimile: (619) 233-6118

Attorneys for Defendants
DAVID W. SLAYTON, Court Executive
Officer, Superior Court of California, County
of Los Angeles; SANDRA PIGATI-PAZANO,
Court Administrator, Superior Court of
California, County of Los Angeles; DAVID H.
YAMASAKI, Court Executive Officer,
Superior Court of California, County of
Orange; and TIMOTHY LY, Courtroom
Operations Supervisor, Superior Court of
California, County of Orange

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG ROBERTS,<br><br>Plaintiff,<br><br>v.<br><br>DAVID W. SLAYTON, et al.,<br><br>Defendants. | Case No. 5:26-cv-00400-CAS-DMK<br>Judge: Hon. Diana M. Kwok<br><br>DECLARATION OF MATTHEW L. GREEN PURSUANT TO L.R. 7-3<br><br>Date: July 23, 2026<br>Time: 1:30 p.m.<br>Courtroom: 880, 8th Floor<br><br>Complaint Filed: January 29, 2026 |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, SUITE 1500
SAN DIEGO, CALIFORNIA 92101

I, Matthew L. Green, declare as follows:

1.      I have personal knowledge of the following facts and if called to testify, I would and could testify competently thereto.

2.      I am an attorney at law duly licensed to practice before all courts in the State of California. I am Of Counsel at Best Best & Krieger LLP, attorneys of record for Defendants (1) David W. Slayton, Court Executive Officer, Superior Court of California, County of Los Angeles, (2) Sandra Pigati-Pazano, Court Administrator, Superior Court of California, County of Los Angeles, (3) David H. Yamasaki, Court Executive Officer, Superior Court of California, County of Orange, and (4) Timothy Ly, Court Operations Supervisor, Superior Court of California, County of Orange (collectively, "Defendants").

3.      On June 15, 2026, Plaintiff Gregg Roberts ("Plaintiff") and I met and conferred by telephone regarding the substance of Defendants' motion to dismiss the First Amended Complaint ("FAC") and any potential resolution thereof. Plaintiff and I also communicated by email both before and after said conference regarding the issues that are the subject of the motion, namely Eleventh Amendment immunity, the limited meaning of "person" as used in 42 U.S.C. § 1983, absolute quasi-judicial immunity, the unavailability of injunctive relief against Defendants under § 1983, and lack of standing.

4.      Plaintiff disputes Defendants' position regarding all of the issues that are the subject of the motion. The parties were therefore unable to reach a resolution that eliminates the necessity for the motion to dismiss the FAC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of June, 2026, at San Diego, California.

_____
MATTHEW L. GREEN

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
655 WEST BROADWAY, SUITE 1500
SAN DIEGO, CALIFORNIA 92101